UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br><br>    Defendant. | **04-12593 RGS**<br>Civil Action No.<br><br>RECEIPT # 60741<br>AMOUNT $ 150.00<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1 _____<br>WAIVER FORM _____<br>MCF ISSUED _____<br>BY DPTY. CLK. M.P.<br>DATE 12/13/2004 |

**NOTICE OF REMOVAL**

MAGISTRATE JUDGE Cohen

To the Clerk:

The Original Footwear Company, defendant in the above-entitled action pending in the Massachusetts Superior Court, Norfolk County, as Civil Action 04-01545, removes same to the United States District Court for the District of Massachusetts. Defendant states the following as grounds for removal:

1. Upon information and belief, plaintiff is a citizen of Massachusetts. Defendant is a citizen of California. The Complaint alleges an amount in controversy that exceeds $75,000. Accordingly, this Court has original subject matter jurisdiction under 28 U.S.C. § 1332(a)(1).

2. This Notice of Removal is being filed within 30 days after defendant's receipt of the initial pleading.

3. Removal to this Court is authorized by 28 U.S.C. § 1441 because the state court in which this action was filed lies within this District.

4. A copy of all process, pleadings, and orders served upon the defendant is attached.

THE ORIGINAL FOOTWEAR COMPANY
By its Attorneys

*[signature]*

Bruce F. Smith
BBO# 467900
Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: December 10, 2004.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 12-10-2004.

*[signature]*

2

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:— TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 04 01545

William J. Edwards, *Plaintiff(s)*

v.

The Original Footwear Company, *Defendant(s)*

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Conrad J. Bletzer, Jr., plaintiff's attorney, whose address is 300 Market St. Brighton, MA 0213 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at ................................the ........................

day of ................................, in the year of our Lord two thousand and ........................

*[signature]* Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .................................., 20     , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

..................................................................................................................................

..................................................................................................................................

..................................................................................................................................

Dated:                   , 20            ..................................................................

N. B.   TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20  . |

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO.
........................, *Plaintiff*
v.
........................, *Defendant*
SUMMONS
(Mass. R. Civ. P.4)

04 01545

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK, ss | NORFOLK SUPERIOR COURT<br>C.A. No. |

04 015\_\_

| | |
|---|---|
| WILLIAM J. EDWARDS,<br>    Plaintiff ) | |
| V. ) | COMPLAINT |
| THE ORIGINAL FOOTWEAR COMPANY, )<br>    Defendant ) | |

## THE PARTIES

1.) The plaintiff, William J. Edwards, is an individual living and doing business at 173 Vine Rock Street in Dedham, MA 02026, Norfolk County.

2.) The defendant, The Original Footwear Company, is a corporation with an address of 4901 Cloutier Drive, Suite B in Salida, CA 95368.

## THE FACTS

3.) In 2001, the plaintiff, a salesman, signed an "Independent Sales Representative Agreement" [Agreement] with the defendant. A Terry Mackness signed as "Chief Executive Officer/President" of The Original Footwear Company.

4.) This Agreement designated the plaintiff as a "Representative" of the defendant company.

5.) In this role as 'Representative,' the plaintiff was to actively seek sales opportunities for Original S.W.A.T. footwear in his designated territory of Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island and Vermont.

6.) Under the terms of the Agreement, the defendant was to pay to the plaintiff a 10% commission on all sales of Original S.W.A.T. footwear in the denoted territory.

7.) Relying on this agreement, the plaintiff facilitated a lucrative contract for Original S.W.A.T. footwear to be purchased by the Connecticut Department of Corrections [contract]. This contract is worth $1,500,000.00.

8.) The plaintiff arranged for Horowitz Career Apparel and Uniforms of West Haven, CT to service the contract as the distributor. Horowitz Career Apparel and Uniforms was to receive $5.00, above and beyond the plaintiff's 10% commission, on each pair of footwear purchased under the contract.

9.) Without the plaintiff being notified, the contract was awarded to another distributor, Lehigh Safety Shoe Company, LLC of Vestal, NY.

10.) As such, the defendant has refused to pay the plaintiff his 10% commission on the contract, violating the plain wording of the Agreement.

11.) The plaintiff has made demand upon the defendant to pay him 10% of the contract. This amounts to $150,000.00.

12.) The defendant has refused to pay the plaintiff the agreed commission on the contract.

13.) The defendant has been unfairly enriched by these actions.

14.) The defendant's actions are in violation of M.G.L. c.93A, §§ 2 & 11.

## CAUSES OF ACTION

15.) Each Cause of Action specifically incorporates herein the paragraphs set forth above.

## FIRST CAUSE OF ACTION

16.) This is a Cause of Action by the plaintiff, William J. Edwards, for breach of contract against the defendant, The Original Footwear Company.

## SECOND CAUSE OF ACTION

17.) This is a Cause of Action by the plaintiff, William J. Edwards, for quantum meruit against the defendant, The Original Footwear Company.

## THIRD CAUSE OF ACTION

18.) This is a Cause of Action by the plaintiff, William J. Edwards, against the defendant, The Original Footwear Company, for engaging in unfair and/or deceptive business practices in violation of M.G.L. c.93A, §§ 2 & 11.

WHEREFORE, the plaintiff, William J. Edwards, demands judgment against the defendant, The Original Footwear Company, on the First Cause of Action.

**WHEREFORE**, the plaintiff, William J. Edwards, demands judgment against the defendant, The Original Footwear Company, on the Second Cause of Action.

**WHEREFORE**, the plaintiff, William J. Edwards, demands judgment against the defendant, The Original Footwear Company, on the Third Cause of Action, including treble damages, attorney's fees and costs.

## JURY DEMAND

The plaintiff hereby demands a trial by jury on all issues.

Respectfully submitted for the plaintiff
by his Attorney,

_____
Conrad J. Bletzer, Jr.
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135
(617) 254-8900
BBO# 045760

Dated: September 22, 2004

F:Edwards,Bill/Pleadings

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04 01545 | Trial Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|

**PLAINTIFF(S)** William J. Edwards

**DEFENDANT(S)** The Original Footwear Company

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE** 617-254-5400
Conrad J. Beltzer, Jr.
300 Market St. Brighton, MA 02135
**Board of Bar Overseers number:** 045760

**ATTORNEY (if known)** 209-526-3500
Richard Douglas Brew
1601 I Street, 5th Fl. Modesto, CA 95354

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO. A01   TYPE OF ACTION (specify) Breach of K - Services   TRACK (F)   IS THIS A JURY CASE? (✓) Yes  ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........ $
2. Total Doctor expenses ........ $
3. Total chiropractic expenses ........ $
4. Total physical therapy expenses ........ $
5. Total other expenses (describe) ........ Subtotal $
B. Documented lost wages and compensation to date ........ $
C. Documented property damages to date ........ $
D. Reasonably anticipated future medical and hospital expenses ........ $
E. Reasonably anticipated lost wages ........ $
F. Other documented items of damages (describe) ........ $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): Defendant breached contract with plaintiff agreeing to pay 10% commission on a contract worth $1,500,000. Plaintiff is owed $150,000 on this contract. Defendant violated M.G.L. c. 93A secs 2 and 11 and is responsible for treble damages, costs and attorney fees.

TOTAL $ 500,000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

DATE: 9/24/0

Signature of Attorney of Record

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
William J. Edwards

### DEFENDANTS
The Original Footwear Co.

04-12593 RGS

(b) County of Residence of First Listed Plaintiff: Norfolk Co., Mass.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Bruce F. Smith (BBO # 467900)
Howard P. Blatchford (BBO# 045580)
Jager Smith P.C.      (617) 951-0500
One Financial Center, Boston, MA 02111

Attorneys (If Known)
Conrad J. Bletzer, Jr. (BBO# 045760)
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135    (617) 254-8900

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State [X] 1
Citizen of Another State [X] 2 (Defendant)

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Breach of Contract; Violation of G.L. c. 93A;
Removal of state court action; Jurisdiction under 28 U.S.C. sec. 1332(a)(1)

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 150,000
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
None

DATE: Dec. 10, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) William J. Edwards v. The Original Footwear Co.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

   04-12593 RGS

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Bruce F. Smith and Howard P. Blatchford
ADDRESS Jager Smith P.C., One Financial Center, Boston, MA 02111-2621
TELEPHONE NO. (617) 951-0500

(Coversheetlocal.wpd - 10/17/02)