UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM J. EDWARDS, )
)
Plaintiff, )
)
v. ) Civil Action
) No. 04-12593-RGS
)
THE ORIGINAL FOOTWEAR COMPANY, )
)
Defendant. )

## APPEARANCE

To the Clerk:

Please enter my appearance as counsel for the defendant The Original Footwear Company.

*[signature]*

Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: December 17, 2004.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 12-17-2004

*[signature]*