UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. EDWARDS,<br><br>      Plaintiff,<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action<br>)   No. 04-12593-RGS<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT
## THE ORIGINAL FOOTWEAR COMPANY

Pursuant to Local Rule 7.3(A), defendant The Original Footwear Company states that it has no corporate parent and that no public company owns 10% or more of its stock.

THE ORIGINAL FOOTWEAR COMPANY
By its Attorneys

*/s/ Bruce F. Smith*
Bruce F. Smith
BBO# 467900
Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: January 14, 2005.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party ~~by mail~~ (by hand) on 1-14-2005

*/s/*