UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. EDWARDS,<br>    Plaintiff<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br>    Defendant | Civil Action<br>No. 04-12593-RGS |

**JOINT STATEMENT PURSUANT TO RULE 16.1(D)**

The parties submit the following Joint Statement pursuant to United States District Court Local Rule 16.1(D).

**(1)   Discovery**

   **A. Disclosures Under Fed. R. Civ. P. 26(a)**

   The parties do not propose any changes to the disclosure requirements of Fed. R. Civ. P. 26(a), except as set forth below with respect to any disclosures of expert testimony. The parties will make their Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) no later than May 31, 2005.

   **B. Discovery Plan**

   **1. Subjects for Discovery**

   The parties anticipate taking discovery with respect to both liability and damages issues. In addition to discovery between the parties, this case is likely to require document and deposition discovery from non-party witnesses located in Connecticut, New York, and California.

### 2. Completion of Discovery

The parties agree to complete discovery by February 17, 2006. Disclosures of expert testimony under Fed. R. Civ. P. 26(A)(2), if any, shall be made no later than January 13, 2006.

### 3. Limitations on Discovery

The parties agree to the limitations imposed by L.R. 26.1(C).

### 4. Orders Concerning Discovery

The parties do not require any discovery orders at this time.

(2) **Motions**

The parties agree that any motions for summary judgment will be filed no later than March 17, 2006. The parties request that Oppositions to summary judgment motions be due thirty (30) days after service of such a motion.

(3) **Certifications**

Counsel will file the required Certifications signed by them and their clients at the time of the Scheduling Conference.

| WILLIAM J. EDWARDS | THE ORIGINAL FOOTWEAR CO. |
|---|---|
| By his attorneys, | By its attorneys, |

_____  
Conrad J. Bletzer, Jr. BBO# 045760  
James M. Murphy BBO# 641755  
Bletzer & Bletzer, P.C.  
300 Market Street  
Brighton, MA 02135  
(617) 254-8900

Bruce F. Smith  BBO#467900  
Howard P. Blatchford, Jr.  BBO#045580  
Jager Smith, P.C.  
One Financial Center  
Boston, MA 02111  
(617) 951-0500

Dated: May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above documents on all parties to this action by first class mail.

Date: 5/11/05

James M. Murphy