UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br><br>    Defendant. | Civil Action<br>No. 04-12593-RGS |

**CERTIFICATION OF DEFENDANT
THE ORIGINAL FOOTWEAR COMPANY
PURSUANT TO L.R. 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), defendant The Original Footwear Company and its counsel certify the following:

1. That they have conferred with a view to establishing a budget for the course of conducting the full course—and various alternative courses of the litigation;

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

THE ORIGINAL FOOTWEAR COMPANY
By

_____
Terry Mackness, Its President

THE ORIGINAL FOOTWEAR COMPANY
By its Attorneys

_____
Bruce F. Smith
BBO# 467900
Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: May 17, 2005.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 5-17-2005

_____