UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. EDWARDS,<br>    Plaintiff<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br>    Defendant | Civil Action<br>No. 04-12593-RGS |

### Local Rule 16.1 (D)(3) Certification

We, the undersigned, hereby affirm that we have conferred regarding the cost of litigation, in all its forms, as well as the possibility of resolution of the litigation through the use of alternative dispute resolution.

_____
William J. Edwards

_____
Conrad J. Bletzer, Jr. BBO# 045760
James M. Murphy BBO# 641755
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135
(617) 254-8900

Dated: May 15, 2005