UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. EDWARDS,<br><br>        Plaintiff,<br><br>v.<br><br>THE ORIGINAL FOOTWEAR COMPANY,<br><br>        Defendant. | Civil Action<br>No. 04-12593-RGS |

**STIPULATION OF DISMISSAL**

Plaintiff William J. Edwards and defendant The Original Footwear Company stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this civil action shall be dismissed with prejudice and without costs to either party. Both parties waive any right to appeal.

WILLIAM J. EDWARDS
By his attorneys,

_____
Conrad J. Bletzer, Jr. BBO# 045760
James M. Murphy BBO# 641755
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135
(617) 254-8900

THE ORIGINAL FOOTWEAR CO.
By its attorneys,

_____
Bruce F. Smith BBO#467900
Howard P. Blatchford, Jr. BBO#045580
Jager Smith, P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: January 10, 2006

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 1-10-2006

_____

JS#114657v1